Gordon H. DePaoli
Nevada State Bar No. 195
Woodburn and Wedge
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone: 775/688-3000
Attorneys for Crosby Lodge, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CROSBY LODGE, INC., a Nevada corporation, | Case No. CV-N-06-657-LRH-RAM |
| Plaintiff, | |
| v. | UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO TRIBAL DEFENDANTS' MOTION TO DISMISS |
| NATIONAL INDIAN GAMING COMMISSION; PYRAMID LAKE PAIUTE TRIBAL GAMING COMMISSION; MERVIN WRIGHT, JR.; DOES I through IV; and PYRAMID LAKE PAIUTE TRIBE OF INDIANS, | |
| Defendants. | |

1. On February 9, 2007, the Pyramid Lake Paiute Tribal Gaming Commission, Mervyn Wright, Jr. and the Pyramid Lake Paiute Tribe filed and served their Motion to Dismiss (the "Tribal Defendants' Motion").

2. Plaintiff's Response in Opposition to the Tribal Defendants' Motion is due to be served and filed on February 27, 2007.

3. Plaintiff requires additional time until March 19, 2007, in which to respond to the Tribal Defendants' Motion.

4. Counsel for the Tribal Defendants does not oppose this request for additional time.

NOW, THEREFORE, based upon the foregoing, Plaintiff moves the Court for an order extending its time to file and serve its Opposition to the Tribal Defendants' Motion to and including March 19, 2007.

Dated: February 22, 2007.

>WOODBURN AND WEDGE
>6100 Neil Road, Suite 500
>Reno, Nevada 89511
>
>By: /s/ Gordon H. DePaoli
>Gordon H. DePaoli
>Nevada State Bar No. 195
>Attorneys for Crosby Lodge, Inc.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 27, 2007

-2-

## CERTIFICATE OF SERVICE

I certify that I am an employee of Woodburn and Wedge and that on the 22nd day of February, 2007, I electronically filed the foregoing *Unopposed Motion for Extension of Time to Respond to Tribal Defendants' Motion to Dismiss* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following via their email addresses:

Wes Williams, Jr.
wwilliams@stanfordalumni.org

James M. Upton
james.upton@usdoj.gov

_____
Holly Dewar

WOODBURN AND WEDGE
6100 Neil Road
Reno, Nevada 89511
Tel: (775) 688-3000

-3-