Gordon H. DePaoli
Nevada State Bar No. 195
Woodburn and Wedge
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone: 775/688-3000
Attorneys for Crosby Lodge, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CROSBY LODGE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL INDIAN GAMING COMMISSION; PYRAMID LAKE PAIUTE TRIBAL GAMING COMMISSION; MERVIN WRIGHT, JR.; DOES I through IV; and PYRAMID LAKE PAIUTE TRIBE OF INDIANS,<br><br>Defendants. | Case No. CV-N-06-657-LRH-RAM<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO NATIONAL INDIAN GAMING COMMISSION RULE 59(e) MOTION TO ALTER OR AMEND THE COURT'S AUGUST 13, 2007 JUDGMENT<br>(FIRST REQUEST) |

1. On August 24, 2007, the National Indian Gaming Commission filed and served its Rule 59(e) Motion to Alter or Amend the Court's August 13, 2007 Judgment (the "Commission Motion").

2. Plaintiff's Response in Opposition to the Commission Motion is due to be served and filed on September 11, 2007.

3. Because of other pending matters, counsel for Plaintiff requires until October 1, 2007, in which to respond to the Commission Motion.

4. Counsel for the National Indian Gaming Commission does not oppose this request for additional time.

NOW, THEREFORE, based upon the foregoing, Plaintiff moves the Court for an order extending its time to file and serve its Opposition to National Indian Gaming Commission's Rule 59(e) Motion to Alter or Amend the Court's August 13, 2007 Judgment to and including October 1, 2007.

Dated: September 4, 2007.

WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511

By: /s/ Gordon H. DePaoli
Gordon H. DePaoli
Nevada State Bar No. 195
Attorneys for Crosby Lodge, Inc.

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: September 5, 2007.