IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CROSBY LODGE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL INDIAN GAMING COMMISSION; PYRAMID LAKE PAIUTE TRIBAL GAMING COMMISSION; MERVIN WRIGHT, JR.; DOES I through IV; and PYRAMID LAKE PAIUTE TRIBE OF INDIANS,<br><br>Defendants. | Case No. CV-N-06-657-LRH-RAM<br><br>ORDER RE<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO NATIONAL INDIAN GAMING COMMISSION RULE 59(e) MOTION TO ALTER OR AMEND THE COURT'S AUGUST 13, 2007 JUDGMENT<br>(SECOND REQUEST) |

1. On August 24, 2007, the National Indian Gaming Commission filed and served its Rule 59(e) Motion to Alter or Amend the Court's August 13, 2007 Judgment (the "Commission Motion").

2. Plaintiff's Response in Opposition to the Commission Motion was due to be served and filed on September 11, 2007.

3. Pursuant to an unopposed Motion, the Court, on September 5, 2007, entered an Order Extending the time for Plaintiff's Response in Opposition to the Commission Motion to October 1, 2007.

4.	Because of other pending matters, and because of certain personal matters, counsel for Plaintiff requires until October 8, 2007, in which to respond to the Commission Motion.

5.	Counsel for the National Indian Gaming Commission does not oppose this request for additional time.

NOW, THEREFORE, based upon the foregoing, Plaintiff moves the Court for an order extending its time to file and serve its Opposition to National Indian Gaming Commission's Rule 59(e) Motion to Alter or Amend the Court's August 13, 2007 Judgment to and including October 8, 2007.

Dated: September 25, 2007.

WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511

By: /s/ Gordon H. DePaoli
Gordon H. DePaoli
Nevada State Bar No. 195
Attorneys for Crosby Lodge, Inc.

IT IS SO ORDERED nunc pro tunc:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: October 15, 2007

-2-