IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CROSBY LODGE, INC., a Nevada corporation, | Case No. CV-N-06-657-LRH-RAM |
| Plaintiff, | |
| v. | UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO NATIONAL INDIAN GAMING COMMISSION'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST) |
| NATIONAL INDIAN GAMING COMMISSION; PYRAMID LAKE PAIUTE TRIBAL GAMING COMMISSION; MERVIN WRIGHT, JR.; DOES I through IV; and PYRAMID LAKE PAIUTE TRIBE OF INDIANS, | |
| Defendants. | |

1. On May 21, 2008, the National Indian Gaming Commission filed and served its Motion for Summary Judgment (the "Commission Motion").

2. Plaintiff's Response in Opposition to the Commission Motion is due to be served and filed on June 9, 2008.

3. Because of other pending matters, counsel for Plaintiff requires until July 21, 2008, in which to respond to the Commission Motion.

4. Counsel for the National Indian Gaming Commission does not oppose this request for additional time.

WOODBURN AND WEDGE
100 Neil Road
Reno, Nevada 89511
Tel: (775) 688-3000

-1-

NOW, THEREFORE, based upon the foregoing, Plaintiff moves the Court for an order extending its time to file and serve its Opposition to National Indian Gaming Commission's Motion for Summary Judgment to and including July 21, 2008.

Dated: June 3, 2008.

                    WOODBURN AND WEDGE
                    6100 Neil Road, Suite 500
                    Reno, Nevada 89511

By: /s/ Gordon H. DePaoli
      Gordon H. DePaoli
      Nevada State Bar No. 195
      Attorneys for Crosby Lodge, Inc.

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: June 11, 2008

-2-