IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CROSBY LODGE, INC., a Nevada corporation, | Case No. CV-N-06-657-LRH-RAM |
| Plaintiff, | |
| v. | UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO NATIONAL INDIAN GAMING COMMISSION'S MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST) ; ORDER |
| NATIONAL INDIAN GAMING COMMISSION; PYRAMID LAKE PAIUTE TRIBAL GAMING COMMISSION; MERVIN WRIGHT, JR.; DOES I through IV; and PYRAMID LAKE PAIUTE TRIBE OF INDIANS, | |
| Defendants. | |

1. On May 21, 2008, the National Indian Gaming Commission filed and served its Motion for Summary Judgment (the "Commission Motion").

2. Plaintiff's Response in Opposition to the Commission Motion is presently due to be served and filed on July 21, 2008.

3. Because of an unexpected occurrence in another matter, counsel for Plaintiff requires four (4) additional days, until July 25, 2008, in which to respond to the Commission Motion.

4. Counsel for the National Indian Gaming Commission does not oppose this request for additional time.

NOW, THEREFORE, based upon the foregoing, Plaintiff moves the Court for an order extending its time to file and serve its Opposition to National Indian Gaming Commission's Motion for Summary Judgment to and including July 25, 2008.

Dated: July 17, 2008.

>WOODBURN AND WEDGE
>6100 Neil Road, Suite 500
>Reno, Nevada 89511
>
>By: *(signature)*
>Gordon H. DePaoli
>Nevada State Bar No. 195
>Attorneys for Crosby Lodge, Inc.

IT IS SO ORDERED:

*(signature)*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: July 18, 2008

-2-